## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

LAMONT D. WALKER,

      Plaintiff,

      v.

Case No. 14-cv-752-jdp

SARA MASON, TIMOTHY HAINES, GARY
BOUGHTON, LEBBEUS BROWN, AND
JERRY SWEENY,

      Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case.

| /s/ | 3/25/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |